

## United States District Court
## Eastern District of California

Cortina Integrated Waste Management, Inc.

Plaintiff(s)

Case Number: 2:24-cv-03014-WBS-AC

V.

United States Department of the Interior, et al

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Karma Barsam Brown hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Cortina Integrated Waste Management, Inc.

On 12/06/2004 (date), I was admitted to practice and presently in good standing in the U.S. District Court for the District of Columbia (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
N/A

Date: 11/04/2024

Signature of Applicant: /s/ Karma B. Brown

**Pro Hac Vice Attorney**

Applicant's Name: Karma Barsam Brown

Law Firm Name: Hunton Andrews Kurth LLP

Address: 2200 Pennsylvania Avenue, NW

City: Washington     State: DC     Zip: 20037

Phone Number w/Area Code: (202) 955-1893

City and State of Residence: Alexandria, VA

Primary E-mail Address: kbbrown@HuntonAK.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rachel Saltzman

Law Firm Name: Hunton Andrews Kurth LLP

Address: 2200 Pennsylvania Avenue, NW

City: Washington     State: DC     Zip: 20037

Phone Number w/Area Code: (202) 955-1598     Bar # 278433

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  November 4, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE