1

**HUNTON ANDREWS KURTH LLP**
Rachel Saltzman (CA State Bar No. 278433)

2

Karma B. Brown (DC Bar No. 479774), Admitted pro hac vice
2200 Pennsylvania Avenue, NW

3

Washington, DC 20037
(202) 955-1500

4

rsaltzman@hunton.com
kbbrown@hunton.com

5

6

Counsel for Plaintiff

7

MICHELE BECKWITH
Acting United States Attorney

8

JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100

9

Sacramento, CA 95814

10

Attorneys for Federal Defendants

11

WINTER KING (State Bar No. 237958)
CALEB E. HERSH (State Bar No. 356318)

12

SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street

13

San Francisco, California 94102
Telephone: (415) 552-7272

14

Facsimile:  (415) 552-5816
king@smwlaw.com

15

chersh@smwlaw.com

16

Attorneys for Defendant-Intervenor

17

IN THE UNITED STATES DISTRICT COURT

18

EASTERN DISTRICT OF CALIFORNIA

19

CORTINA INTEGRATED WASTE
MANAGEMENT, INC.,

No. 2:24-cv-03014-WBS-AC

20

Plaintiff,

**STIPULATION AND ORDER RE: CROSS-
MOTIONS FOR SUMMARY JUDGMENT**

21

22

v.

23

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

24

Federal Defendants, and

25

KLETSEL DEHE WINTUN NATION OF
THE CORTINA RANCHERIA,

26

27

Defendant-Intervenor.

28

1    IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that

2  Plaintiff's Motion for Summary Judgment (ECF 22, 24), and Federal Defendants' and Defendant-

3  Intervenor's Cross-Motions for Summary Judgment, shall be heard on **October 27, 2025, at 1:30 p.m.**

4    IT IS HEREBY FURTHER STIPULATED, by and among the parties and subject to Court

5  approval, that—consistent with the parties' Joint Status (Pretrial Scheduling) Report (ECF 18) filed on

6  March 31, 2025—briefing on the parties' Motion and Cross-Motions shall proceed as follows:

7    Federal Defendants' Opposition / Cross-Motion ........................................... June 30, 2025

8    Defendant-Intervenor's Opposition / Cross Motion ..................................... June 30, 2025

9    Plaintiff's Reply / Opposition ..................................................................... August 8, 2025

10    Federal Defendants' Reply ..................................................................... September 5, 2025

11    Defendant-Intervenor's Reply ............................................................... September 5, 2025

12  Dated: May 19, 2025                    HUNTON ANDREWS KURTH LLP

13                              By:    /s/  *Karma B. Brown*        (authorized 5/19/2025)
14                                    KARMA B. BROWN
                                      RACHEL SALTZMAN

15                                    Attorneys for Plaintiff

16  Dated: May 19, 2025                    MICHELE BECKWITH
                                        Acting United States Attorney
17
                                By:    /s/  *Joseph B. Frueh*
18                                    JOSEPH B. FRUEH
                                      Assistant United States Attorney
19
20                                    Attorneys for Federal Defendants

21  Dated: May 19, 2025                    SHUTE, MIHALY & WEINBERGER LLP

22                              By:    /s/  *Winter King*        (authorized 5/19/2025)
                                      WINTER KING
23                                    CALEB E. HERSH

24                                    Attorneys for Defendant-Intervenor

25
**IT IS SO ORDERED.**
26

27  Dated:  May 20, 2025

28
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE