ERIC GRANT
United States Attorney
JOSEPH FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Attorneys for Federal Defendants

**Counsel for other parties listed on signature page**.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTINA INTEGRATED WASTE MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Federal Defendants, and <br><br> KLETSEL DEHE WINTUN NATION OF THE CORTINA RANCHERIA, <br><br> Defendant-Intervenor. | No. 2:24-cv-03014-WBS-AC <br><br> **STIPULATION AND ORDER VACATING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND TAKING THEM UNDER SUBMISSION PER LOCAL RULE 230(g)** |

IT IS HEREBY STIPULATED, by and among the parties and subject to Court approval, that the hearing currently set for October 27, 2025, on Plaintiff's Motion for Summary Judgment (ECF 22, 24), and Federal Defendants' and Defendant-Intervenor's Cross-Motions for Summary Judgment (ECF 27, 28), shall be vacated, and the motions shall be taken under submission pursuant to Local Rule 230(g), subject to the power of the Court to reopen the matter for further briefs or oral arguments or both, if the Court deems necessary. The reasons for this stipulation are as follows.

1. At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation or continuing resolution, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in

limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.

    2.    Given the lapse in federal appropriations, and to reduce the burden, expense, and uncertainty surrounding travel arrangements and scheduling under the circumstances, the parties have agreed, pursuant to Local Rule 230(g), to vacate the hearing currently set for October 27, 2025, and to have their cross-motions for summary judgment taken under submission.  The parties recognize that the Court may reset the hearing for a future date, if necessary, and the parties request that any such hearing be set for a date after the restoration of appropriations or the enactment of a continuing resolution.

Dated: October 13, 2025     /s/ *Karma B. Brown*  (authorized 10/13/2025)
RACHEL SALTZMAN
KARMA B. BROWN, Admitted pro hac vice

HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500

Counsel for Plaintiff

Dated: October 13, 2025     /s/ *Joseph Frueh*
JOSEPH FRUEH
Assistant United States Attorney

Attorney for Federal Defendants

Dated: October 13, 2025     /s/ *Winter King*  (authorized 10/13/2025)
WINTER KING
CALEB E. HERSH

SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816

Attorneys for Defendant-Intervenor

**IS SO ORDERED**

Dated:  October 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE