WINTER KING (State Bar No. 237958)
CALEB E. HERSH (State Bar No. 356318)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
king@smwlaw.com
Chersh@smwlaw.com

Attorneys for Defendant Intervenor
KLETSEL DEHE WINTUN NATION OF THE
CORTINA RANCHERIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTINA INTEGRATED WASTE MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES BUREAU OF INDIAN AFFAIRS; BRYAN NEWLAND, in his official capacity as Assistant Secretary in the U.S. Department of the Interior–Indian Affairs; BRYAN MERCIER, in his official capacity as Director of the Bureau of Indian Affairs in the U.S. Department of the Interior; AMY DUTSCHKE, in her official capacity as Regional Director for the Bureau of Indian Affairs Pacific Region; and INTERIOR BOARD OF INDIAN APPEALS, <br><br> Defendants. <br><br> KLETSEL DEHE WINTUN NATION OF THE CORTINA RANCHERIA, <br><br> Defendant Intervenor. | Case No. 2:24-cv-03014-WBS-AC <br><br> **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR ATTORNEYS' FEES** <br><br> Date: February 2, 2026 <br> Time: 1:30 PM <br> Crtrm.: 5, 14th Floor <br> Judge: Hon. William B. Shubb |

Pursuant to Local Rule 144, Plaintiff Cortina Integrated Waste Management, Inc. and Defendant Intervenor Kletsel Dehe Wintun Nation of the Cortina Rancheria ("Tribe") (collectively, "Parties") hereby stipulate and apply to the Court to modify the briefing schedule for Defendant Intervenor's Motion for Attorneys' Fees ("Motion"), ECF No. 37, as set forth below.

WHEREAS, the current briefing deadlines for the Motion, pursuant to Local Rule 230, are as follows:

1. Plaintiff's Opposition: November 20, 2025
2. Tribe's Reply: December 1, 2025

WHEREAS, the briefing schedule operative under Local Rule 230 overlaps with the Thanksgiving holiday;

WHEREAS, both the Court's February 2, 2026 hearing date for the Motion and Plaintiff's deadline for appeal would be unaffected by a short extension of the briefing schedule to accommodate counsel's unavailability over the holiday;

WHEREAS, the Parties have agreed and request that the Court issue an order modifying the briefing schedule for the Tribe's Motion;

WHEREAS, the Parties believe that the foregoing constitutes good cause to modify the briefing schedule.

NOW, THEREFORE, the Parties, by and through their respective counsel, hereby stipulate to and jointly request that the Court order the following briefing schedule:

1. Plaintiff shall file its Opposition to the Tribe's Motion for Attorneys' Fees no later than November 25, 2025.
2. The Tribe's reply shall be due on December 10, 2025.

1  DATED: November 19, 2025          SHUTE, MIHALY & WEINBERGER LLP

2

3
                                     By:      /s/ Winter King
4                                         WINTER KING
                                          CALEB E. HERSH
5
                                          Attorneys for Defendant Intervenor
6                                         KLETSEL DEHE WINTUN NATION OF THE
                                          CORTINA RANCHERIA
7

8

9
   DATED: November 19, 2025          HUNTON ANDREWS KURTH LLP
10

11
                                     By:    /s/ Karma B. Brown (authorized 11/19/2025)
12                                        RACHEL SALTZMAN
                                          KARMA B. BROWN, admitted *pro hac vice*
13

14                                        Attorneys for Plaintiff
                                          CORTINA INTEGRATED WASTE
15                                        MANAGEMENT, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            3

**ORDER**

Upon the stipulation and application of the Parties, and for good cause shown, the Court hereby ORDERS as follows:

1. Plaintiff shall file its Opposition to the Tribe's Motion for Attorneys' Fees no later than November 25, 2025.

2. The Tribe's reply shall be due on December 10, 2025.

**IT IS SO ORDERED.**

Dated:  November 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1994914.1