UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CORTINA INTEGRATED WASTE MANAGEMENT, INC. | No. 2:24-cv-03014 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| Federal Defendants, and | |
| KLETSEL DEHE WINTUN NATION OF THE CORTINA RANCHERIA, | |
| Defendant-Intervenor. | |

----oo0oo----

The court has reviewed defendant-intervenor Kletsel Dehe Wintun Nation of the Cortina Rancheria (the "Tribe")'s

1

unopposed motion for attorneys' fees (Docket No. 37).  Having concluded that the Tribe is entitled to recover its attorneys' fees under California law and that the Tribe's requested fees are reasonable, the court will grant the Tribe's unopposed motion for attorneys' fees in full.

IT IS HEREBY ORDERED that defendant-intervenor's unopposed motion for attorneys' fees (Docket No. 37) be, and the same hereby is, GRANTED.

Dated:   January 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2