**HUNTON ANDREWS KURTH LLP**
Rachel Saltzman (CA State Bar No. 278433)
Karma B. Brown (DC Bar No. 479774), Admitted *pro hac vice*
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
rsaltzman@hunton.com
kbbrown@hunton.com

*Counsel for Plaintiff Cortina Integrated Waste Management, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTINA INTEGRATED WASTE MANAGEMENT, INC., | Case No.:  2:24-cv-03014-WBS-AC |
| Plaintiff, | ORDER GRANTING MOTION OF HUNTON ANDREWS KURTH LLP TO WITHDRAW AS COUNSEL FOR PLAINTIFF CORTINA INTEGRATED WASTE MANAGEMENT, INC. |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | Date:  February 2, 2026 |
| | Time:  1:30 p.m. |
| Defendants, and | Courtroom:  5, 14th Floor |
| | Judge:  Hon. William B. Shubb |
| KLETSEL DEHE WINTUN NATION OF THE CORTINA RANCHERIA | |
| Defendant-Intervenor. | |

1 Order Granting Motion of Hunton
Andrews Kurth LLP to Withdraw as
Counsel for Plaintiff

Hunton Andrews Kurth LLP seeks to withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to Local Rule 182 and California Rule of Professional Conduct 3-700. As this Court finds that Hunton Andrews Kurth LLP has provided a satisfactory basis for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDRED that Hunton Andrews Kurth LLP's Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Hunton Andrews Kurth LLP is hereby terminated as counsel in this proceeding.

Dated:   January 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2 Order Granting Motion of Hunton Andrews Kurth LLP to Withdraw as Counsel for Plaintiff